UNITED STATES DISTRICT COURT
for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| NATIONAL SPECIALTY UNDERWRITERS, INC,<br><br>　　　　　　　　Plaintiff,<br>　　vs.<br><br>GEORGE and LOIS BENNETT,<br><br>　　　　　　　　Defendant. | C05-1492 JPD<br><br>**MINUTE ORDER** |

　　　　The above referenced case has been initially assigned to the Honorable James P. Donohue, United States Magistrate Judge, subject to the consent of the parties pursuant to 28 U.S.C. 636(c)(1)(C).

　　　　On August 31, 2005, notice of the parties rights with regard to consenting to the case being assigned to Magistrate Judge Donohue for all purposes was filed by the Clerk of Court.  The parties were advised they had until October 12, 2005, to consent, if they wished.

1  In the interim, a Motion for Protective Order (dkt #9) has been filed and noted
2 for October 18, 2005. Accordingly, pending dates are adjusted as follows:
3 Consent to Assignment to Magistrate Judge Donohue . . . . . . . . . . . . . October 14, 2005
4  In the event the parties (or any party) choose not to consent, the case will be
5 reassigned to a District Judge.

Dated this 7th day of October, 2005

Bruce Rifkin
Clerk of Court

by: /s/ PETER H. VOELKER
    Peter H. Voelker, Deputy Clerk